IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY ANGEL GARCIA,

    Petitioner,                   No. CIV S-06-2650 FCD DAD P

    vs.

WARDEN EVANS,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or filed an application to proceed in forma pauperis.

        In his habeas petition, petitioner challenges a judgment of conviction entered by the Fresno County Superior Court on February 10, 2004.  Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 3-120(d).  A civil action that has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court.  See Local Rule 3-120(f).  This action will therefore be transferred to the Fresno Division of the court.

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: November 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
garc2650.109

2